

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

NOV 1 0 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 6:22CR 146 |
| | § | Judge Kernodle |
| KELLY JASON SMITH | § | |
| | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 242
(Deprivation of Rights Under
Color of Law)

On or about July 25, 2022, within the Eastern District of Texas, the defendant,

KELLY JASON SMITH, while acting under color of law as Constable of Wood County

Precinct 2, willfully deprived R.E., a person known to the United States Grand Jury, of

the right, secured and protected by the Constitution and laws of the United States, to be

free from unreasonable seizures, which includes the right to be free from the use of

unreasonable force by a law enforcement officer acting under color of law, by

unreasonably causing and directing his police dog, Mata, to bite R.E. while R.E. did not

pose a threat that warranted the use of the police dog. The offense resulted in bodily

injury to R.E.

In violation of 18 U.S.C. § 242.

Indictment/Notice of Penalty – Page 1

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____
TRACEY M. BATSON
Assistant United States Attorney

Date: __11/10/2022__

Indictment/Notice of Penalty – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:22CR 146 |
| | § | Judge Kernodle |
| KELLY JASON SMITH | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 242

Penalty:    Imprisonment of not more than one year, fined under this title, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Special Assessment: $ 100.00